JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DWIGHT LEWIS,<br><br>    Petitioner,<br><br>    v.<br><br>STEVE LANGFORD, Warden,<br><br>    Respondent. | Case No. 5:17-cv-02539-FMO-KES<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed as moot.

DATED: June 20, 2018

                                        /s/
                                  FERNANDO M. OLGUIN
                                  UNITED STATES DISTRICT JUDGE